DISMISS; Opinion Filed January 18, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01203-CV

## KI PONG NA, CHONG SOOK NA, COCO C-STORE, INC., & KSCJ INVESTMENTS, INC., Appellants

### V.

## UNITED CENTRAL BANK, DONG SIK YOO A/K/A JIMMY YOO, INSUK SUNG, YOUNG HO AHN, HANS S. YOO, AND HANS S. YOO, P.C. , Appellees

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-10-08730-K

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

By notice of appeal filed September 4, 2012, appellants Ki Pong Na, Chong Sook NA, Coco C-Store, Inc., and KSCJ Investments, Inc. appeal the trial court's July 27, 2011, October 21, 2011, and June 5, 2012 partial summary judgments. These summary judgments, collectively with other court rulings, dispose of appellants' claims against appellees. However, they do not, either individually or collectively with other rulings, dispose of appellee United Central Bank's counterclaims against appellants. Because, subject to certain mostly statutory exceptions not applicable here, we have jurisdiction only over judgments that dispose of all parties and claims, we directed the parties to file letter briefs addressing our jurisdiction over the appeal. *See Lehmann v.*

*Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The parties complied and agree that United Central Bank's counterclaims remain pending and we lack jurisdiction over the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

_____
CAROLYN WRIGHT
CHIEF JUSTICE

121203F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KI PONG NA, CHONG SOOK NA, COCO C-STORE, INC. AND KSCJ INVESTMENTS, INC., Appellants

No. 05-12-01203-CV      V.

UNITED CENTRAL BANK, DONG SIK YOO A/K/A JIMMY YOO, INSUK SUNG, YOUNG HO AHN, HANS S. YOO AND HANS S. YOO, P.C., Appellees

Appeal from the 192nd Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 10-08730-K).

Opinion delivered by Chief Justice Wright, Justices Francis and Lang-Miers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellees United Central Bank, Dong Sik Yoo a/k/a Jimmy Yoo, Insuk Sung, Young Ho Ahn, Hans S. Yoo and Hans S. Yoo, P.C. recover their costs, if any, of this appeal from appellants Ki Pong Na, Chong Sook Na, Coco C-Store, Inc., and KSCJ Investments, Inc.

Judgment entered January 18, 2013.

_____
CAROLYN WRIGHT
CHIEF JUSTICE